IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 5/23/13 at 2:00 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-cr-00247-2 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| THOMAS SCHROEDER | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendant Thomas Schroeder, through counsel, respectfully moves the Court to enter an order continuing his change of plea hearing from Friday, April 26, 2013 until May 10, 2013 (14 days) or on a date thereafter convenient to the Court. In support of this motion, defendant files the declaration of counsel and would respectfully show:

1. Defendant is currently scheduled for a change of plea on April 26 at 2:00 p.m. (D.E. 120).

2. Defendant intends to enter a plea of guilty, and intends to proceed pursuant to plea agreement, but needs additional time to work through certain terms, including some related to collateral state court issues.

3. A continuance has been discussed with AUSA Boucek and the government has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to enter an order continuing Mr. Schroeder's April 26, 2013 change of plea hearing until May 10, 2013 or on a date thereafter convenient to the Court.