> **Motion GRANTED. Hearing reset for 6/24/13 at 2:30 p.m.**
>
> /s/ Aleta A. Trauger

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-cr-00247-2 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| THOMAS SCHROEDER | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendant Thomas Schroeder, through counsel, moves the Court to enter an order continuing his change of plea hearing from May 23, 2013 to a date after June 20, 2013 convenient to the Court. In support of this motion, defendant files the declaration of counsel and would show:

1. Defendant is currently scheduled for a change of plea on May 23, 2013 at 2:00 p.m. (D.E. 126).

2. Defendant intends to enter a plea of guilty, and intends to proceed pursuant to plea agreement, but needs additional time to work through certain terms, including terms related to federal pretrial detention, jail credit, and collateral state court issues.

3. A continuance has been discussed with AUSA Boucek and the government has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, defendant moves the Court to enter an order continuing Mr. Schroeder's change of plea hearing from May 23, 2013 to a date after June 20, 2013 convenient to the Court.